# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>WILLIAM GLASPER,<br><br>   Plaintiff,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>   Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br>Case No. 3:20-cv-04393 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025.   Respectfully submitted,

                BURR & FORMAN LLP

                */s/ Celeste T. Jones*
                Celeste T. Jones (Fed. ID # 2225)
                1221 Main Street, Suite 1800
                Columbia, SC 29201
                Tel: 803-799-9800
                Fax: 803-753-3278
                Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

/s/ Ronald I. Raether, Jr.
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud*

**CHESTNUT CAMBRONE PA**

/s/ Bryan L. Bleichner
Bryan L. Bleichner
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
(612) 339-7300
bbleichner@chestnutcambronne.com

**ROGERS PATRICK WESTBROOK AND BRICKMAN LLC**

/s/ T. Christoper Tuck
T. Christopher Tuck
T.A.C. Hargrove, II
1037 Chuck Dawley Blvd, Bldg A
Mount Pleasant, SC 29464
(843) 727-6535
ctuck@rpwb.com
thargrove@rpwb.com

**HELLMUTH AND JOHNSON PLLC**
/s/ Nathan D. Prosser
Nathan D. Prosser
8050 West 78th Street
Edina, MN 55439
(952) 941-4005
nprosser@hjlawfirm.com

*Counsel for Plaintiff*